# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

KINSALE INSURANCE COMPANY,

Appellant/Cross-Appellee,

v.

AMBER MENENDEZ ISAAC and AMANDA M. MENENDEZ,
as co-personal representatives of the Estate of Mary E. Menendez,

Appellees/Cross-Appellants,

DOUGLAS MENENDEZ; SHAWN KALETA; HEMINGWAY'S
HIDEAWAY, LLC; LOUIS NAJMY; and NAJMY THOMPSON, P.L.,

Appellees.

No. 2D2021-3589

_____

May 10, 2024

Appeal from the Circuit Court for Manatee County; Charles Sniffen,
Judge.

Andres Cordova, Sina Bahadoran, Daniel R. Lever, and Michele A. Vargas
of Clyde & Co US LLP, Miami, for Appellant/Cross-Appellee.

Debbie Sines Crockett, Edward K. Cheffy, David A. Zulian, and Sarah L.
Baulac of Cheffy Passidomo, P.A., Naples; James E. Aker; and E. Dusty
Aker of Aker Law Firm, P.A., Sarasota, for Appellees/Cross-Appellants
Amber Menendez Isaac and Amanda M. Menendez.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

CASANUEVA, LaROSE, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.